IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON C. LAU, | | |
| | Plaintiff, | No. 2:11-cv-3198 CKD P |
| | vs. | |
| J. LIZARRAGA, et al., | | ORDER AND |
| | Defendants. | FINDINGS & RECOMMENDATIONS |
| _____/ | | |

By order filed April 17, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (Dkt. No. 11.) The thirty day period has now expired, and plaintiff has not filed an amended complaint. Instead, plaintiff has filed a one-page "opposition" to the court's order of dismissal. (Dkt. No. 16.) This motion is without merit.

Plaintiff has also requested the appointment of counsel. (Dkt. No. 17.) The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the

1

appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's July 16, 2012 motion to appoint counsel (Dkt. No. 17) is denied.

2. The Clerk of Court shall assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lau3198.FTA